**[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 1223.]**

DAYTON BAR ASSOCIATION *V*. O'NEAL.

[Cite as *Dayton Bar Assn. v. O'Neal*, 1997-Ohio-51.]

(No. 94-2647—Submitted and decided July 9, 1997.)

ON APPLICATION FOR TERMINATION OF PROBATION.

————————————

{¶ 1} On May 24, 1995, this court suspended respondent, Raymond W. O'Neal, a.k.a. Raymond Walter O'Neal, Sr., for six months and stayed the suspension on condition he complete a two-year probationary period and that during this period, no complaints against him be certified to the Board of Commissioners on Grievances and Discipline by a probable cause panel. On June 11, 1997, respondent applied for termination of probation.

{¶ 2} The court comes now to consider its order of May 24, 1995, and finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(9).

{¶ 3} THEREFORE, IT IS ORDERED by the court that the probation of Raymond W. O'Neal, a.k.a. Raymond Walter O'Neal, Sr., Attorney Registration No. 0031153, last known address in Dayton, Ohio, be, and hereby is, terminated.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Dayton Bar Assn. v. O'Neal* (1995), 72 Ohio St.3d 234, 648 N.E.2d 1344.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————